**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 31, 2019**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00866-CV**

---

**SHO MUHAMMAD, Appellant**

**V.**

**GEORGE GILLUM, Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1142083**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 21, 2019. On December 16, 2019, the parties filed an agreed motion to dismiss the appeal "without prejudice." The Texas Rules of Appellate Procedure speak only of a dismissal of an appeal; neither "with prejudice" nor "without prejudice" is appended to the word "dismissal." *See* Tex. R. App. P. 42.1. We construe the motion as one for voluntary

dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.